UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS JR,<br><br>                 Petitioner,<br><br>    v.<br><br>DONALD R HOLBROOK,<br><br>                 Respondent. | Case No. C20-0606-RSL-MAT<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    This action is DISMISSED without prejudice;

(3)    Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is DENIED as moot; and

\\

\\

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

Dated this _____ day of _____, 2020.

_____
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2