# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER:    C20-0606-RSL |
| v. | |
| DONALD R. HOLBROOK, | |
| Respondent. | |

____  **Jury Verdict.**  This action comes before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order of the Court, this case is dismissed without prejudice.

Dated this ____ day of _____, 2020

                                            WILLIAM M. MCCOOL
                                            Clerk

                                            _____
                                            Deputy Clerk