UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS JR,

     Petitioner,

 v.

DONALD R HOLBROOK,

     Respondent.

Case No. C20-0606-RSL-MAT

ORDER OF DISMISSAL

  Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

  (1) The Court ADOPTS the Report and Recommendation;

  (2) This action is DISMISSED without prejudice;

  (3) Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is DENIED as moot; and

\\

\\

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

Dated this ___27th___ day of _____May_____, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2